```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISON
```

**TONY GRAY, # 136398,**           \*
                                   \*
    **Petitioner,**               \*
                                   \*
**vs.**                            \* **CIVIL ACTION NO. 22-00178-JB-B**
                                   \*
**JOSEPH H. HEADLEY,** *et al.*,   \*
                                   \*
    **Respondents.**              \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 14, 2022 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Tony Gray's habeas corpus petition under 28 U.S.C. § 2254 (Doc. 1) be **DENIED,** that this action be **DISMISSED,** and that Petitioner Gray is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE and ORDERED** this 5th day of August, 2022.

                                        /s/ JEFFREY U. BEAVERSTOCK
                                        CHIEF UNITED STATES DISTRICT JUDGE